**EXHIBIT A**

# LOW COST LIFE INSURANCE RATES!

*Rates quoted are monthly and are preferred 10 year level term plans. Other insurance amounts available
Carriers rated A or better by AM Best. You may qualify for a lower rate!*

|     | Female   | Rates    |          |            |     | Male     | Rates    |          |            |
| --- | -------- | -------- | -------- | ---------- | --- | -------- | -------- | -------- | ---------- |
| Age | $100,000 | $250,000 | $500,000 | $1,000,000 | Age | $100,000 | $250,000 | $500,000 | $1,000,000 |
| 35  | $10      | $11      | $16      | $24        | 35  | $11      | $12      | $18      | $28        |
| 40  | $11      | $12      | $19      | $31        | 40  | $12      | $14      | $22      | $32        |
| 45  | $14      | $19      | $31      | $55        | 45  | $15      | $20      | $34      | $56        |
| 50  | $20      | $26      | $45      | $76        | 50  | $23      | $30      | $53      | $89        |
| 55  | $27      | $34      | $61      | $112       | 55  | $34      | $45      | $83      | $151       |
| 60  | $36      | $46      | $86      | $138       | 60  | $51      | $69      | $131     | $243       |
| 65  | $57      | $74      | $142     | $254       | 65  | $84      | $117     | $229     | $424       |
| 70  | $104     | $171     | $336     | $537       | 70  | $142     | $224     | $441     | $816       |
| 75  | $205     | $413     | $821     | $1,441     | 75  | $249     | $432     | $858     | $1,586     |

*Longer term periods and permanent insurance available   Great Smoker rates available
Ask about return of Premium at the end of term period
For a personalized quote, complete the information below and*

## FOR A FREE QUOTE PLEASE FAX THIS FORM TO:
# (713) 554-9683

You will be contacted by a licensed insurance broker

Name _____ M/F ___ Date of Birth: _____ Tobacco Use: Y  N

Spouse/Partner _____ M/F ___ Date of Birth _____ Tobacco Use: Y  N

Address _____ City _____

State _____ Zip Code _____ E-mail _____

Home Phone _____ Cell Phone _____

Work Phone _____ Fax _____ Best time to call _____

Insurance Desired $ _____ Amount Spouse/Partner $ _____

Term: 10 yrs ___  15 yrs ___  20 yrs ___  30 yrs ___  Permanent ___  Height ___ Weight ___  Spouse Height ___ Weight ___

Health: Excellent ___  Good ___  Average ___  Poor ___  Comments _____

Do you have an IRA?  Yes  No   Do you have an annuity?  Yes  No   Do you have a 401K/403B?  Yes  No

I understand this form is an inquiry and does not result in instant approval for life insurance. All correspondence I receive about this inquiry (including this fax) has my full and complete authorization.

Signature _____ Date _____

To unsubscribe, please FAX your request to
1958    Our PAPERLESS Fax Computer: 206-350-3403

5734311863